UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
CURTIS NICHOLS, et al.,                                    :
                                                           :
                        Plaintiffs,                        :      ORDER
                                                           :
        -v.-                                               :
                                                           :      17 Civ. 2976 (AT) (GWG)
N.Y.C.D.O.C.S. JOSEPH PONTE, et al.,                       :
                                                           :
                        Defendants.                        :
                                                           :
-----------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      Discovery having closed in this matter, defendants shall make any motion for summary judgment or to dismiss for failure to prosecute on or before January 27, 2020. The motion is returnable before Judge Torres and shall comply with Judge Torres's Individual Rules of Practice in Pro Se Cases as to the briefing schedule and any other requirements. .

      SO ORDERED.

Dated: January 6, 2020
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Brandon Robertson
B&C 3491904200
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, New York 11370

Larry McNair
2070 Seventh Avenue
#5S
New York, NY 10027

Raemen Heck
13-R-1267
Wyoming Correctional Facility
P.O.Box 501
Attica, NY 14011-0501