USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY MCNAIR, BRANDON ROBERTSON, and RAEMAN HECK,

        Plaintiffs,

-against-

N.Y.C.D.O.C.S. JOSEPH PONTE, et al.,

        Defendants.

17 Civ. 2976 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

Defendants having moved for summary judgment pursuant to Federal Rule of Civil Procedure 56, it is hereby ORDERED that:

- Plaintiffs shall file their response by **February 24, 2020**; and
- Defendants shall file their reply, if any, by **March 9, 2020**.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

SO ORDERED.

Dated: February 3, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge