USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY MCNAIR, BRANDON ROBERTSON, and RAEMAN HECK,

        Plaintiffs,

-against-

N.Y.C.D.O.C.S. JOSEPH PONTE, *et al.*,

        Defendants.

17 Civ. 2976 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    On January 27, 2020, Defendants moved for summary judgment. ECF No. 103. On February 3, 2020, the Court set a schedule for the parties to brief the summary judgment motion, requiring Plaintiffs to file their opposition by February 24, 2020. ECF No. 108. By letter dated March 3, 2020, Defendants requested that the Court "treat [D]efendants' motion for summary judgment as unopposed, deem [P]laintiffs' claims abandoned, and grant [D]efendants' motion for summary judgment in its entirety." ECF No. 109. As of March 4, 2020, Plaintiffs have failed to file any opposition papers.

    In light of Plaintiffs' *pro se* status, the Court *sua sponte* extends Plaintiffs' deadline to file opposition papers to **March 25, 2020**. Defendants shall file a reply, if any, by **April 8, 2020**.

    If Plaintiffs fail to respond by **March 25, 2020**, the Court will proceed to consider Defendants' motion for summary judgment as unopposed, which could lead to dismissal of Plaintiffs' claims without a trial.

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

    SO ORDERED.

Dated: March 4, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge